**Juan C. Chavez**, OSB #136428
Email: jchavez@ojrc.info
**Franz Bruggemeier**, OSB # 163533
Email: fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270
Facsimile: 971-275-1839

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| OGILVIA PINEDA,<br><br>    Plaintiffs,<br>v.<br><br>JEFFERSON COUNTY; CPL. TYLER ANDERSON; and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 20-cv-1615-IM<br><br>DECLARATION OF COUNSEL |

I, Juan C. Chavez, submit the following declaration:

    I am the counsel of record for the Plaintiff, Juan C. Chavez, and I make this declaration in support of Plaintiff's Motion for Extension. My statements are true to the best of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

1.    We have had difficulty serving the parties in Madras, OR during this global pandemic. Particularly, the COVID-19 spike in Oregon has lead to decrease in the availability of process services and offices willing to receive them. Lastly, I had a family emergency which resulted in

the service issue being unresolved. At the time of the filing of this motion, I have found a process server and they have been dispatched to Madras, OR but has not received word on whether service has been completed.

**I hereby declare that above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: December 15, 2020

*/s/ Juan C. Chavez*
Juan C. Chavez, OSB #136428
PO Box 5248
Portland, OR 97208

DECLARATION OF COUNSEL
Page 2 of 2