IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | | |
|---|---|---|
| **OGILVIA PINEDA** | Plaintiff/Petitioner | Cause No.:   **3:20-CV-01615-IM**<br>Hearing Date: |
| vs.<br>**JEFFERSON COUNTY, ET AL.** | Defendant/Respondent | DECLARATION OF SERVICE OF<br>**SUMMONS; COMPLAINT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of Oregon, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **17th day of December, 2020** at **3:42 PM** at the address of **JEFFERSON COUNTY JAIL, 675 NW CHERRY LN, MADRAS, Jefferson, OR 97741**; this declarant served the above described documents upon **CPL. TYLER ANDERSON**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Cheryl Blackman**, **AUTHORIZED PERSON, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired female approx. 35-45 years of age, 5'-5'4" tall and weighing 180-200 lbs with glasses.**, a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date:  12/18/2020

*(signature)*

**Kim Martin**
815 SW Cliffside Ln, Prineville, OR 97754   541-977-4056

ORIGINAL DECLARATION
OF SERVICE

Tracking #: **0062188234** PDX FIL

REF:  **REF-7094458**

